Judgment in a Civil Case
_____

United States District Court
_____WESTERN DISTRICT OF NEW YORK_____

| | |
|---|---|
| KENTE BELL | **JUDGMENT IN A CIVIL CASE**<br>CASE NUMBER: 25-cv-67 |
| v. | |
| CHELSEY ROGOWSKI, et al., | |

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED; that the Clerk of the Court shall administratively terminate this action without filing the complaint or assessing a filing fee; that if the plaintiff wishes to reopen this action, he shall so notify this Court, in writing, no later than 30 days from the date of this order.

Date: January 24, 2025              MARY C. LOEWENGUTH
                                    CLERK OF COURT

                                    By: s/Donna
                                         Deputy Clerk