Kente Bell DIN#23B3935   3-09-2025
8-A1-1B

Five Points Correctional Facility
6600 State Route 96
Caller Box 119
Romulus, New York 14541

Robert H. Jackson
United States Courthouse
2 Niagara Square
Buffalo, New York 14202

Dear U.S District Court
 I am writing to you respectfully because I would like to know why my case was closed? My case number is 25-CV-00067. If I have to fix anything can you explain to me what it is I need to do. I would also like to know if I can get extra time to fix what need to be fixed. Due to my facility lock down I can't go to the law library. Thanks for your time.

Sincerely
Kente Bell

C.C File

**FIVE POINTS CORRECTIONAL FACILITY**
STATE ROUTE 96, P.O. BOX 119
ROMULUS, NEW YORK 14541

NAME: Kente Bell    DIN: 23B3935    LOC: 8-A1-1B

25-CW-67

Robert H. Jackson
United States Courthouse
2 Niagara Square
Buffalo, New York 14202

Five Points Correctional
Facility
Legal Mail Only

USDC - WDNY
MAR 13 2025
BUFFALO

neopost
03/11/2025
US POSTAGE $000.69⁰
FIRST-CLASS MAIL
ZIP 14541
041M11272007