Kente Bell DIN#23B3935   3-12-2025
8-A1-1B
Five Points Correctional Facility
6600 State Route 96
Caller Box 119
Romulus, New York 14541

Robert H. Jackson
United States Courthouse
2 Niagara Square
Buffalo, New York 14202

Dear U.S District Court
I am writing to you respectfully because I would like to reopen my action, my case number is 25-CV-67. I received my criminal discovery on 2-10-2025, so I can identify the John doe's individuals that are the defendants in this case. I would also like to know if I can get a non-Prisoner Complaint form because I was not a prisoner when this incident happend. I would like permission to amend. Please and thank you.

Sincerely
Kente Bell

C.C file

FIVE POINTS CORRECTIONAL FACILITY
STATE ROUTE 96, P.O. BOX 119
ROMULUS, NEW YORK 14541

NAME: Kente Bell    DIN: 23B3935    LOC: 8-A1-1B

25-CV-67

Five Points Correctional Facility

neopost
03/14/2025
US POSTAGE $000.69⁰

FIRST-CLASS MAIL
IMI

ZIP 14541
041M11272007

USDC - WDNY
MAR 19 2025
BUFFALO

Five Points Correctional Facility
Legal Mail Only

Robert H. Jackson
United States Courthouse
2 Niagara Square
Buffalo, New York 14202