Kente Bell DIN# 23B3935          8-13-2025
                                  8-A1-1B

Five Points Correctional Facility
6600 State Route 96
Caller Box 119
Romulus, NY 14541

United States Courthouse
2 Niagara Square
Buffalo, New York 14202

    Dear Clerk Office I am writing to you respectfully to check on the status of my case. My case number is 25-CV-67. I want to know if I need to do anything else please and thank you.

C.o.C file

                        Sincerely
                        Kente Bell

[STAMP: UNITED STATES DISTRICT COURT FILED AUG 18 2025 MARY C. LOEWENGUTH, CLERK WESTERN DISTRICT OF NY]

25-CV-67

**FIVE POINTS CORRECTIONAL FACILITY**
STATE ROUTE 96, P.O. BOX 119
ROMULUS, NEW YORK 14541

NAME: Kente Bell   DIN: 23B3936   LOC: 8-A1-1B

United States Courthouse
2 Niagara Square
Buffalo, New York 14202

Legal Mail

USDC - WDNY
AUG 18 2025
BUFFALO

FIRST-CLASS MAIL
08/14/2025
US POSTAGE $000.74
ZIP 14541